1  Larry Lockshin, Esq. (SBN 61926)
   LARRY LOCKSHIN, ESQ.
2  A LAW CORPORATION
   555 University Avenue, Suite 200
3  Sacramento, CA 95825
   Telephone:   (916) 649-3777
4  Facsimile:    (916) 649-3779
   Email:         LockshinLawCorp@aol.com
5

6  Attorneys for Plaintiff
   KENNETH ROGERS
7

**FILED**

AUG 31 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11

12  KENNETH ROGERS,                          No.2:09-CV-00682 JAM-EFB

13             Plaintiff,

14       v.

15  UNION PACIFIC RAILROAD               Trial Date: November 1, 2010
    COMPANY, et al.,

16             Defendants.

17

18

19

20

21

22

23      **STIPULATION FOR DISMISSAL OF ACTION DUE TO SETTLEMENT**

24

25

26

27

28

Dismissal Due to Settlement                                          1

1    IT IS HEREBY STIPULATED by and between counsel for the Plaintiff, KENNETH

2   ROGERS, and counsel for defendant UNION PACIFIC RAILROAD COMPANY that the

3   above-entitled action may be dismissed with prejudice as the parties have arrived at a settlement

4   of the lawsuit..

5

6   DATED: August 11, 2010                 LARRY LOCKSHIN, ESQ.
                                           A Law Corporation
7

8                                          By:
9                                             LARRY LOCKSHIN, ESQ.
                                              Attorneys for Plaintiff
10                                            KENNETH ROGERS

11
     DATED: August 12, 2010                RANDOLPH, CREGGER & CHALFANT,
12                                         LLP

13

14                                         By:
                                              STEPHANIE QUINN, ESQ.
15                                            Attorney for Defendant
                                              UNION PACIFIC RAILROAD CO.
16

17

18    **IT IS SO ORDERED:**

19.

20   DATED: August 30, 2010

21

22

23   JOHN A. MENDEZ
     UNITED STATES DISTRICT JUDGE
24

25

26

27

28